**IRS** Department of the Treasury
**Internal Revenue Service**

955 S SPRINGFIELD AVE, BLDG A
SPRINGFIELD, NJ 07081

| | |
|---|---|
| | **Chapter and Case Number:** |
| | 11 18-34826-SLM |
| | **Person to Contact:** |
| | DEVERE OKAFOR |
| | **Contact Telephone Number:** |
| Date: June 12, 2020 | (973) 921-4300 |
| | **Employee Fax Number:** |
| | 855-652-9055 |
| | **Employee Identification Number:** |
| | 0209997 |

STACEY L. MEISEL
UNITED STATES BANKRUPTCY COURT
50 WALNUT STREET, 3RD FLOOR
NEWARK, NJ 07102-2506

Debtor: FRANK THEATRES MONTGOMERYVILLE LLC
Bankruptcy Filed December 19, 2018

This is to certify that the records of the Internal Revenue Service reflect that the Proof of Claim filed on behalf of the Internal Revenue Service dated 02/28/2019 is no longer in force and effect.

If you have any questions, our contact information is shown above. Thank you for your cooperation.

*De Vere Okafor*
for /s/ ANDREW T AVON
sup Revenue Office

cc: FRANK THEATRES MONTGOMERYVILLE LLC
    KENNETH A ROSEN

Letter 3931CG (11-2004)
Catalog Number 38952B